**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES REDA et al.,<br><br>        Defendants. | 2:12-cr-00440-RCJ-GWF-7<br><br>**ORDER** |

The Government has asked the Court to correct the clerical error of not having attached the Final Order of Forfeiture to the Judgment. The record indicates no such error. The Judgment includes the Final Order of Forfeiture both by reference and attachment. (*See* J. 6, ECF No. 325; Order, ECF No. 325, at 7).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Correct (ECF No. 329) is DENIED.

IT IS SO ORDERED.

Dated this 4th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge

1